UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDRA SPAHN,

        Plaintiff,

vs.                                Case No.   2:11-cv-452-FtM-29SPC

ALICO LODGING L.L.C,  a Florida limited liability company, TWENTY/TWENTY WORLDWIDE HOSPITALITY, a Florida limited liability company,

        Defendants.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #22), filed January 5, 2012, recommending that the Joint Motion for Approval and Dismissal With Prejudice (Doc. #21) be granted, the settlement agreement be approved, and the case dismissed.  The parties filed a Joint Notice of No-Objection to January 5, 2012 Report and Recommendation (Doc. #23) on the same day indicating no objection.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation (Doc. #22) of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #22) is hereby **adopted** and the findings incorporated herein.

2.  The Joint Motion for Approval and Dismissal With Prejudice (Doc. #21) is **GRANTED** and the Settlement Agreement, Release and Disclaimer (Doc. #21-1) is **approved** as fair and reasonable.

3.   The Clerk shall enter judgment dismissing the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __5th__ day of January, 2012.

JOHN E. STEELE
United States District Judge

-2-

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties